**[J-38-2025]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 65 MAP 2024 |
| | : | |
| Appellant | : | |
| | : | Appeal from the Order of the |
| | : | Superior Court at No. 944 MDA |
| v. | : | 2022, entered on December 14, |
| | : | 2023, Vacating and Remanding the |
| | : | Judgment of Sentence of the York |
| KEVIN SCOTT FOUNTAIN, | : | County Court of Common Pleas, |
| | : | Criminal Division, at No. CP-67-CR- |
| Appellee | : | 0006836-2018 entered on January |
| | : | 27, 2022. |
| | : | |
| | : | ARGUED: October 7, 2025 |

## ORDER

**PER CURIAM**                                          **DECIDED: March 26, 2026**

**AND NOW,** this 26th day of March, 2026, the appeal is **DISMISSED** as having been improvidently granted.

Justice Wecht files a dissenting statement in which Justice Mundy joins.